IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CRIMINAL DOCKET NO. 5:16CR13-3-RLV

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>   Plaintiff,   )<br>          )<br>          )<br>   vs.      )<br>          )<br>HARDY TYRELL SMITH, )<br>   Defendant.  )<br>_____ ) | **AMENDED**<br>**O R D E R** |

**THIS MATTER** is before the Court upon Defendant's Unopposed Motion to Continue Docket Call from the May 2, 2016, criminal term, in the Statesville Division.

For the reasons stated in the Defendant's Motion and upon a showing that defense counsel has not had sufficient time within which to adequately prepare in this case, taking into account the exercise of due diligence, the Court will allow the continuance. **18 U.S.C. § 3161(h)(8)(B)(iv).** The Court further finds that the ends of justice served by taking such action as requested by the Defendant outweigh the best interest of the public and the Defendant to a speedy trial.

**IT IS, THEREFORE, ORDERED** that the Defendant's Motion for a continuance is **GRANTED**. This case is hereby continued from the May 2, 2016, criminal term in the Statesville Division to the July 18, 2016, criminal term in the Statesville Division.

Signed: April 11, 2016

Richard L. Voorhees
United States District Judge